ACCEPTED
14-15-00417-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 1:33:05 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00417-CV

IN THE FOURTEENTH COURT OF APPEALS
at HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 1:33:05 PM
CHRISTOPHER A. PRINE
Clerk

**JENNIFER MITCHELL and TCSM, LLC,**
**Appellants**

**v.**

**TURBINE RESOURCES UNLIMITED, INC.**
**Appellee**

On appeal from the 61st District Court, Harris County, Texas,
Cause No. 2004-41286

## APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME

Appellee, Turbine Resources Unlimited, Inc., files this First Motion for Extension of Time. In support thereof, Appellee would show the following:

1. **This motion is time-sensitive.** Appellees' Brief is due today, November 25, 2015. Appellee recently retained the undersigned counsel to handle these matters on this appeal. This is a consolidated appeal from (1) an interlocutory appeal filed on May 4, 2015, and (2) an appeal from a final order, filed on July 2, 2015. This Court consolidated both appeals under Cause No. 14-15-00417-CV.

**2.** Appellee has ordered supplements to the Clerk's Record which will require approximately 30 days considering the holiday season.

**3.** Appellee requests a 45 day extension to file their brief.

**4.** This is Appellee's first request for an extension of time.

**5.** Appellee submits this motion not for the purposes of delay, but so that justice may be done.

**6.** Appellants appeal concerns an order obtained by the Receiver. The second appealed order denied appellant's motion to modify the turnover order and claims that the Master's Reports are void. Riecke Baumann, Receiver and Master, is named as a party with an interest in the outcome, but not as an appellee. Movant asks that the extension include Receiver and Master, as neither Appellee nor Riecke Baumann has determined whether he is an appellee and what his rights and duties are in this appeal.

### Prayer

WHEREFORE, Appellee requests that all interested parties are granted a 45- day extension to file their briefs; Appellee also prays for all other relief at law or in equity to which the Court deems they may be justly entitled.

Respectfully submitted,

**HOOVER SLOVACEK LLP**

*/s/ Brendetta A. Scott*
Brendetta A. Scott

State Bar No. 24012219

scott@hooverslovacek.com

5051Westheimer, Suite 1200

Houston, Texas 77056

## CERTIFICATE OF CONFERENCE

I certify that I contacted Appellant's Counsel on November 24, 2015 to determine whether counsel is opposed to this motion. The parties were not able to reach an agreement.

*/s/ Brendetta A. Scott*

Brendetta A. Scott

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Motion to Extend was served on November 25, 2015 by electronic notification upon all counsel of record.

W. Joel Bryant
joel@bryantlaw.net
T. Kyle Bryant
kyle@bryantlaw.net
Counsel for Jennifer Mitchell and TCSM, LLC.

Alan Cervenka
cervenka2001@aol.com
Attorney for Tom George and International A, Inc.

John Michael
Vinson & Elkins
1001 Fannin St., Ste. 2500
Houston, Texas 77002
(713) 615 - 5231 (f)
jmichael@velaw.com

Famose Garner
10101 Southwest Fwy, Ste. 400
Houston, Texas 77074
famosegarner@gmail.com

Owen Sonik
Perdue Brandon Fielder Collins
& Mott, LLP
1235 North Loop West, Ste, 600
Houston, Texas 77008
(713) 862 - 1429 (f)
osonik@pbfcm.com

*/s/ Brendetta A. Scott*

Brendetta A. Scott